IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

      Plaintiff,            No. CIV S-03-0393 MCE KJM P

   vs.

HAROLD FREDERIC GREEN, et al.,

      Defendants.      ORDER

_____/

      Plaintiff is a former state prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983.  Plaintiff has requested a stay of this case because he is currently without certain legal property.  Plaintiff indicates that he cannot litigate this case without the property, but plaintiff fails to indicate what specific actions he needs to take with respect to this case that cannot be accomplished without the property in question.  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 9, 2005 request for a stay is denied.

DATED:  May 10, 2005.

_____

UNITED STATES MAGISTRATE JUDGE

1/gupt0393.sty