IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,               No. CIV S-03-0393 MCE KJM P

    vs.

HAROLD FREDERIC GREEN, et al.,    <u>ORDER AND</u>

    Defendant.             <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed August 31, 2004, this court directed plaintiff to file a pretrial statement on or before May 20, 2005. Plaintiff has not responded to the court's order. The court will therefore recommend that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 11-110.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants are relieved from filing a pretrial statement.

        2. The trial set for August 31, 2005 is vacated; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 11-110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1 days after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
4 shall be served and filed within ten days after service of the objections.  The parties are advised
5 that failure to file objections within the specified time may waive the right to appeal the District
6 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

7 DATED: May 26, 2005.

UNITED STATES MAGISTRATE JUDGE

14 1
gupt0393.fpt