IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                    No. CIV S-03-0393 MCE KJM P

    vs.

HAROLD FREDERIC GREEN, et al.,

    Defendant.                 ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil right under 42 U.S.C. § 1983. On May 27, 2005, the court recommended that this action be dismissed for plaintiff's failure to file a pretrial statement. Plaintiff has filed objections to the findings and recommendations. Good cause appearing, the findings and recommendations will be vacated.

        Defendants have asked for an extension of time to file a motion for summary judgment. The parties will be given thirty days within which to file their motions.

        On May 25, 2005, plaintiff filed a motion to compel discovery. On January 31, 2005, plaintiff was informed that all motions to compel had to be filed by March 18, 2005. Plaintiff has not provided any reason justifying the reopening of discovery. See Fed. R. Civ. P 6(a). Therefore, his motion will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's May 27, 2005 recommendation that this action be dismissed is vacated.

2. Defendants' February 16, 2005 request for an extension of time to file a motion for summary judgment is granted. Any party that wishes to file a motion for summary judgment shall do so within thirty days of this order; and

3. Plaintiff's May 25, 2005 motion to compel discovery is denied.

DATED: June 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
gupt0393.vfr