IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                    No. CIV S-03-0393 MCE KJM P

    vs.

HAROLD F. GREEN,

    Defendants.              ORDER

        Defendants have noticed their motion for summary judgment for hearing on September 21, 2005. On May 10, 2004, the parties were informed that motions for summary judgment must be briefed in accordance with Local Rule 78-230(m).[1] Under that rule, motions are submitted to the court without oral argument. Therefore, IT IS HEREBY ORDERED that the hearing scheduled in this matter for September 21, 2005 is vacated.

DATED: September 13, 2005.

                                              UNITED STATES MAGISTRATE JUDGE

1 gupt0393.230

---

[1] It appears that plaintiff has been released from prison, in which case defendants may request that Local Rule 78-230(m) no longer apply to this case. See May 10, 2004 Order, ¶ 8.