IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,　　　　　　　　　　No. CIV S-03-0393 MCE KJM P

    vs.

HAROLD F. GREEN, et al.,

    Defendants.　　　　　　　　　ORDER

_____/

    Plaintiff has requested an extension of time to file and serve an opposition to defendants' July 29, 2005 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's August 17, 2005 and September 16, 2005 requests for an extension of time are granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' July 29, 2005 motion for summary judgment.

DATED: October 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf  gupt0393.36