IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                    No. CIV S-03-0393 MCE KJM P

   vs.

HAROLD F. GREEN, et al.,

    Defendants.              ORDER

_____/

      Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

      Plaintiff has also requests that he be allowed to utilize the court's electronic filing system. Defendants have not objected to plaintiff's request. Good cause appearing, plaintiff's

/////

1

1  request will be granted. Plaintiff shall refer to the local rules of this court for information
2  regarding electronic filing, and plaintiff shall comply with all such rules. Plaintiff is informed he
3  will now receive all court orders via e-mail.
4    Finally, the court will re-establish dates for the filing of pretrial statements. Those
5  dates are noted below. The parties should refer to the court's August 31, 2004 scheduling order
6  for information regarding what must be included in and with pretrial statements.
7    Accordingly, IT IS HEREBY ORDERED that:
8    1. Plaintiff's April 10, 2006 request for the appointment of counsel is denied.
9    2. Plaintiff's February 16, 2006 request to utilize the court's electronic filing
10 system is granted. The Clerk of the Court is directed to serve documents upon plaintiff
11 electronically at the e-mail address provided in plaintiff's February 16, 2006 request.
12   3. Plaintiff's pretrial statement shall be filed on or before May 11, 2006.
13 Defendants' pretrial statement shall be filed within fifteen days of service of plaintiff's pretrial
14 statement.
15 DATED: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
gupt0393.31