IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

      Plaintiff,                    No. CIV S-03-0393 MCE KJM P

   vs.

HAROLD F. GREEN,

      Defendants.            ORDER

_____/

      Counsel for plaintiff has requested that the court hold a status conference with respect to this matter. Counsel for respondent does not object to plaintiff's request. Good cause appearing, IT IS HEREBY ORDERED that:

      1. This matter is set for status conference before the undersigned on May 17, 2006 at 10:00 a.m. in courtroom #26. No later than the close of business on May 12, 2006, the parties shall file a joint statement addressing the following:

/////

/////

/////

/////

/////

    a. Whether the court should re-open discovery, why, to what extent, and whether there is any opposition to any aspect of allowing further discovery;

    b. Whether the parties wish to engage in a settlement conference;

    c. The timing for the filing of pretrial statements;

    d. The timing of trial; and

    e. Any other pretrial issues the parties wish to discuss at the status conference.

  2. The dates established in the court's April 13, 2006 order for the filing of pretrial statements are vacated.

DATED: May 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1  
gupt0393.sta