IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                    No. CIV S-03-0393 MCE KJM P

   vs.

HAROLD F. GREEN,

    Defendant.                <u>ORDER</u>

_____/

        On May 17, 2006, this case came on for status conference. Robert Borton and Adam Gromfin of Heller Ehrman LLP appeared on behalf of plaintiff. John Riches, Deputy Attorney General, appeared on behalf of defendants. Based upon the conversation occurring at the status conference, the documents in the court's file, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Initial disclosures required by Rule 26 of the Federal Rules of Civil Procedure, including any supplementation of initial disclosures previously made, shall be served within thirty days from the date of this order.

        2. A settlement conference is scheduled for November 15, 2006 at 1:30 p.m. before the undersigned, with the understanding that the parties are waiving any conflict of interest with respect to such conference. No later than November 8, 2006, each party shall

1

1  submit to chambers a confidential brief outlining the party's position with respect to settlement.

2          3.  While the parties should commence discovery promptly, to the extent not
3  duplicative of discovery already completed, discovery may continue until January 19, 2007.  All
4  motions to compel discovery must be filed and calendared so that they may be heard and
5  resolved by that date.  Each party may have 45 days to provide written responses to requests for
6  discovery requiring a written response.  Any request for discovery requiring a written response
7  must be served no later that 60 days before the discovery deadline.

8          4.  Without further leave of court, each party may: (1) take 8 depositions; (2)
9  propound 10 requests for the production of documents; and (3) propound 20 additional
10 interrogatories upon each party over and above the number of interrogatories authorized by the
11 Federal Rules of Civil Procedure.

12         5.  All pretrial motions, except motions to compel discovery, must be filed by
13 April 6, 2007.

14         6.  Plaintiff's pretrial statement must be filed by May 25, 2007.  Defendant's
15 pretrial statement must be filed by June 8, 2007.

16         7.  A pretrial conference will be held on July 13, 2007 at 10:00 a.m. before the
17 Honorable Morrison C. England, Jr.

18         8.  Trial is scheduled to begin August 6, 2007 at 10:00 a.m. before the Honorable
19 Morrison C. England, Jr.

20 DATED: May 18, 2006.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

25 1
   gupt0393.aho