1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | DAVID A. CARRASCO
Supervising Deputy Attorney General
5 | JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 323-1937
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants Cook, Evans, Green and Huffman
10 | SA2004102334

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| **RAJ CHRISTOPHER GUPTA,**<br><br>Plaintiff,<br><br>v.<br><br>**HAROLD FREDERIC GREEN, et al.,**<br><br>Defendants. | CASE NO. 2:03-cv-0393 MCE KJM P<br><br>**STIPULATION AND ORDER RESETTING SETTLEMENT CONFERENCE** |
|---|---|

Trial in this matter is scheduled for August 6, 2007. A settlement conference is scheduled for November 15, 2006, at 1:30 p.m., before Magistrate Kimberly J. Mueller. The parties are still conducting discovery, and agree that a short continuance of the settlement

//

//

//

Stipulation and Order Resetting Settlement Conference

1

1  conference is advisable, as it will allow them to complete the discovery they need to evaluate
2  the case.  Accordingly, the parties stipulate that the settlement conference be continued to
3  December 13, 2006, at 1:30 p.m.

4  Dated:  _10/19/06_____                HELLER EHRMAN, L.L.P.

5                                            /S/ *ADAM GROMFIN*

6                                            _____
                                              Adam Gromfin
7                                            Attorneys for Plaintiff

8  Dated:  ___11/1/06____                   BILL LOCKYER
9                                            Attorney General of the State of California

                                              JAMES M. HUMES
10                                           Chief Assistant Attorney General

11                                           FRANCES T. GRUNDER
                                              Senior Assistant Attorney General
12
                                              DAVID A. CARRASCO
13                                           Supervising Deputy Attorney General

14                                           /S/ *JEFFREY STEELE*

15                                           _____
                                              JEFFREY STEELE
16                                           Deputy Attorney General

                                              Attorneys for Defendants
17

18       The parties having stipulated, the settlement conference is ordered reset for December
19  13, 2006, at 1:30 p.m.

20  DATED:  November 14, 2006.
21                                           _____
                                              U.S. MAGISTRATE JUDGE
22

23  gupt0393.stip.k.wpd
24
25
26
27
28

Stipulation and Order Resetting Settlement Conference

2