1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | DAVID A. CARRASCO
Supervising Deputy Attorney General
5 | JEFFREY STEELE, State Bar No. 124688
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone:  (916) 323-1937
8 |  Fax:  (916) 324-5205

9 | Attorneys for Defendants Cook, Evans, Green and
Huffman
10 | SA2004102334

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| **RAJ CHRISTOPHER GUPTA,** | CASE NO. 2:03-cv-0393 MCE KJM P |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RESETTING SETTLEMENT CONFERENCE** |
| v. | |
| **HAROLD FREDERIC GREEN, et al.,** | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation and Order Resetting Settlement Conference

1

1  Trial in this matter is scheduled for August 6, 2007. A settlement conference is
2 scheduled for January 25, 2007, at 1:30 p.m., before Magistrate Kimberly J. Mueller. The parties
3 are still conducting discovery, and agree that a short continuance of the settlement conference is
4 advisable, as it will allow them to complete the discovery they need to evaluate the case.
5 Accordingly, the parties stipulate that the settlement conference be continued to February 9,
6 2007, at 10:00 a.m.

7
8  Dated: _____  HELLER EHRMAN, L.L.P.
9
   */s/ Adam Gromfin*
10  _____
    Adam Gromfin
11  Attorney for Plaintiff

12
13  Dated: _____  BILL LOCKYER
    Attorney General of the State of California
14  JAMES M. HUMES
    Chief Assistant Attorney General
15  FRANCES T. GRUNDER
    Senior Assistant Attorney General
16  DAVID A. CARRASCO
17  Supervising Deputy Attorney General

18  */s/ Jeffrey Steele*
19  _____
    JEFFREY STEELE
20  Deputy Attorney General
    Attorneys for Defendants
21

22  The parties having stipulated, the settlement conference is ordered reset for February 9,
23 2007, at 10:00 a.m.
24 DATED: December 19, 2006.
25
26  _____
27  U.S. MAGISTRATE JUDGE
28

30199295.wpd

Stipulation and Order Resetting Settlement Conference

2