IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                      No. CIV S-03-0393 MCE KJM P

   vs.

HAROLD F. GREEN,

    Defendant.                  <u>ORDER</u>

_____/

        Pursuant to stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the discovery deadline in this matter is extended to March 20, 2007.

DATED: January 24, 2007.

_____
U.S. MAGISTRATE JUDGE

1
gupt0393.stip