IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAJ CHRISTOPHER GUPTA,

    Plaintiff,                     No. CIV S-03-0393 MCE KJM P

    vs.

HAROLD F. GREEN,

    Defendant.                    <u>ORDER</u>

_____/

        The parties have filed a document indicating they have reached a settlement agreement. Good cause appearing, IT IS HEREBY ORDERED that this matter is set for status in courtroom no. 26 on May 16, 2007 at 10:00 a.m. If dismissal is not achieved by that date, the parties shall be prepared to apprise the court of the status of dismissal. In the meantime, the dates established in this court's May 18, 2006 order for the filing of pretrial motions, the filing of pretrial statements, pretrial conference and trial remain established as does the deadline for discovery established in the court's January 25, 2007 order.

DATED: February 23, 2007.

_____
U.S. MAGISTRATE JUDGE

1/gupt0393.stlm